**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CREATEADS LLC<br><br>Plaintiff,<br><br>v.<br><br>HUGHES NETWORK SYSTEMS LLC.<br><br>Defendant. | C.A. No. 13-210-GMS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CreateAds LLC and Defendant Hughes Network Systems LLC, and subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all of Plaintiff's claims in the above-captioned action are dismissed with prejudice. Defendant's counterclaims in the above-captioned action are dismissed without prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

February 23, 2015

BAYARD, PA

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

**ATTORNEYS FOR PLAINTIFF CREATEADS, LLC**

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
dpalapura@potteranderson.com

**ATTORNEYS FOR DEFENDANT HUGHES NETWORK SYSTEMS LLC**

IT IS SO ORDERED, this ___ day of February, 2015.

_________________________________
THE HONORABLE GREGORY M. SLEET